THE KNIGHTSTOWN AND SHELBYVILLE RAILROAD COMPANY
*v.* LINDSAY, Administrator.

*Friday,
December 5.*

APPEAL from the *Shelby* Circuit Court.

*Per Curiam.*—We have heretofore decided that section 3, of an act approved *May* the 11th, 1852, upon which this suit is founded, has been virtually repealed by section 784 of an act approved *June* the 18th, 1852. 1 R. S. p. 426.—2 *id.* p. 205.—*Peru and Indianapolis Railroad Company* v. *Bradshaw*, 6 Ind. R. 146.

Upon the authority of the case just cited, the judgment of the Circuit Court in the case before us must be reversed.

The judgment is reversed with costs.

*W. J. Peaslee*, for the appellant.

*M. M. Ray*, for the appellee.